IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02579-GPG

STEPHEN HAFF, Private flesh and blood Sovereign American Citizen,

    Applicant,

v.

PATRICK FIRMAN, Sheriff of the City and County of Denver, and
CYNTHIA COFFMAN, Attorney General State of Colorado,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Pursuant to the November 25, 2015 Order Directing Applicant to Cure Deficiencies (ECF No. 4), Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6) and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5-1) as an attachment to his "Petition to Re-Designate Application for Writ of Habeas Corpus Under Case Number 15-cv-02579-GPG" (ECF No. 5).  Applicant's Petition to Re-Designate is GRANTED as follows:  the attached Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5-1) shall be deemed the operative pleading in this case and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 shall be denied as moot.

    The Clerk of the Court is directed to file the attached § 2241 Application (ECF No. 5-1) as an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Dated:  December 23, 2015